F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 2 - 2009

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-01690-PAB

GEORGE W. WALKER,

    Plaintiff,

v.

UNIVERSITY OF COLORADO - ALL WHITE BOARD OF REGENTS,

    Defendant.

---

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

    This matter comes before the Court on its own motion. After careful review and consideration, it now is

    ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, and all other orders upon the defendant. All costs of service shall be advanced by the United States.

    DATED October 29, 2009.

                              BY THE COURT:

                              s/Philip A. Brimmer
                              PHILIP A. BRIMMER
                              United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01690-PAB-MEH

George W. Walker
1250 Sherman St.
Denver, CO 80203

US Marshal Service
Service Clerk
Service forms for: University of Colorado - Board of Regents

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on University of Colorado - Board of Regents: AMENDED TITLE VII COMPLAINT FILED 08/07/09, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 11/2/09.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk