IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01690-PAB-MEH

GEORGE W. WALKER,

     Plaintiff,

v.

UNIVERSITY OF COLORADO BOARD OF REGENTS,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 22, 2009.**

     Plaintiff's Motion for a Delay [filed December 18, 2009; docket #20] is **denied**. The Plaintiff gives no reason to continue the Scheduling Conference in this matter and has not indicated that he was unable to notify the Defendant, through its counsel, of the Scheduling Conference set in this case, as required by this Court's November 2, 2009 order.