IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01690-PAB-MEH

GEORGE W. WALKER,

     Plaintiff,

v.

UNIVERSITY OF COLORADO BOARD OF REGENTS,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 6, 2010.**

     The Plaintiff's Request [Motion] to Clarify Rule [filed January 4, 2010; docket #36] is **denied without prejudice**. The Court fails to understand the Plaintiff's request for relief; the Plaintiff states that Defendant filed a "disclosure statement" with the Court; however, the only documents filed by the Defendant in this case have been a proposed Scheduling Order on December 29, 2009, and a motion for a one-day extension of time on January 4, 2010. Therefore, the Plaintiff may re-file his motion explaining the meaning of "disclosure statement."

     In addition, the Court warns the Plaintiff that he may not file, *ex parte*, letters or documents with the Court unless such letters or documents are attached to a request for relief (motion) that complies with D.C. Colo. LCivR 7.1A (and other applicable local rules), or to a response or reply to a motion.