IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01690-PAB-MEH

GEORGE W. WALKER,

      Plaintiff,

v.

UNIVERSITY OF COLORADO BOARD OF REGENTS,

      Defendant.

---

### MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 11, 2010.**

The Plaintiff's Motion for a Date for the Plaintiff's Reply to the Defendant's Motion to Dismiss [filed January 8, 2010; docket #45] is **granted**.  Pursuant to D.C. Colo. LCivR 7.1C, the Plaintiff shall file a response to the Motion to Dismiss on or before January 29, 2010,[1] and the Defendant may file a reply to the response within fourteen (14) days after the response is served.

The Plaintiff is reminded that a set of this Court's current local rules may be obtained from the Clerk of the Court or may be downloaded from the Court's website.  All parties are obligated to comply with all applicable federal and local rules in this Court.

---

[1]The Plaintiff, proceeding *pro se*, does not appear to be participating in this Court's Electronic Case Filing system.