IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01690-PAB-MEH

GEORGE W. WALKER,

    Plaintiff,

v.

UNIVERSITY OF COLORADO BOARD OF REGENTS,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 2, 2010.**

    Pending before the Court is Plaintiff's Motion for Potential Class Action Names and Counsel in Accordance with Rules 19 and 23 [filed February 26, 2010; docket #54]. The motion is construed in part as a motion to compel discovery pursuant to Fed. R. Civ. P. 37(a) and is **denied without prejudice**. As filed, the motion fails to comply with Rule 37(a)(1) in that Plaintiff has not certified that he has in good faith conferred or attempted to confer with Defendant regarding his request. Moreover, the motion fails to comply with D.C. Colo. LCivR 37.1, which requires that the motion shall set forth the specific interrogatory, request, or response to which the motion is directed.

    The second part of the motion is a request for the appointment of class counsel pursuant to Fed. R. Civ. P. 23(g). Not only has Plaintiff failed to demonstrate that a class has been certified, but also Plaintiff has failed to demonstrate that a putative class exists in this case as required for appointment of class or interim counsel.[1] Therefore, the motion is **denied.**

---

[1] Moreover, class counsel is typically appointed upon application for the position. *See* Fed. R. Civ. P. 23(g)(2). The Plaintiff identifies no attorney who has applied for the position.