IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01690-PAB-MEH

GEORGE W. WALKER,

    Plaintiff,

v.

UNIVERSITY OF COLORADO BOARD OF REGENTS,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 2, 2010.**

    Pending before the Court is Plaintiff's Motion to Order the Defendant to Produce Some Requested Documents [filed March 1, 2010; docket #56]. Although difficult to decipher, the Court construes the motion as a request for discovery from the Defendants. If so, then the Plaintiff need not seek leave of court to propound his discovery requests upon the Defendant. However, if the motion was intended to be a motion to compel discovery that has already been requested in this litigation pursuant to Fed. R. Civ. P. 37(a), then the motion is **denied without prejudice**. As filed, the motion fails to comply with Rule 37(a)(1) in that Plaintiff has not certified that he has in good faith conferred or attempted to confer with Defendant regarding his request. Moreover, the motion fails to comply with D.C. Colo. LCivR 37.1, which requires that the motion shall set forth the specific interrogatory, request, or response to which the motion is directed.