IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01690-PAB-MEH

GEORGE W. WALKER,

    Plaintiff,

v.

UNIVERSITY OF COLORADO BOARD OF REGENTS,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 10, 2010.**

    Plaintiff's Motion to Enter Required Joinder/Pleading Doc's [filed March 8, 2010; docket #60] is **denied without prejudice**. The motion contains no request for relief from the Court and no certificate of service, as required by Fed. R. Civ. P. 5(d)(1) and D.C. Colo. LCivR 5.1G.