IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01690-PAB-MEH

GEORGE W. WALKER,

    Plaintiff,

v.

UNIVERSITY OF COLORADO BOARD OF REGENTS,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 14, 2010.**

    Plaintiff's Motion to Amend and Add the 1991 U.S.C.R. Act [filed April 12, 2010; docket #69] is **denied without prejudice**. The motion contains no request for relief from the Court and no certificate of service, as required by Fed. R. Civ. P. 5(d)(1) and D.C. Colo. LCivR 5.1G. Furthermore, the motion does not comply with D.C. Colo. LCivR 7.1A.

    The Court reminds the parties of their continuing obligations to comply fully with D.C. Colo. LCivR 7.1A. *See Hoelzel v. First Select Corp.*, 214 F.R.D. 634, 636 (D. Colo. 2003) (because Rule 7.1A requires meaningful negotiations by the parties, the rule is not satisfied by one party sending the other party a single email, letter or voicemail).