IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01690-PAB-MEH

GEORGE W. WALKER,

    Plaintiff,

v.

UNIVERSITY OF COLORADO BOARD OF REGENTS,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 16, 2010.**

    The Plaintiff has filed a document in which he "requests that the Court contacts [sic] Dr. Scott Sutton at the Eastside Health Clinic to obtain an objective mental health professional of color, before the Court makes any further findings" [filed July 13, 2010; docket #91]. The Court construes Plaintiff's request as a motion for an examination pursuant to Fed. R. Civ. P. 35 and **denies** the motion. An examination pursuant to Rule 35 may be ordered only upon the request of an opposing party in an action where the party's mental or physical condition is in controversy. *See* Fed. R. Civ. P. 35(a).