IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01690-PAB-MEH

GEORGE W. WALKER,

    Plaintiff,

v.

UNIVERSITY OF COLORADO BOARD OF REGENTS,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 18, 2010.**

    The Plaintiff's renewed Request for a Change of Venue under § 1404 (F.R.C.P.) [sic] in the Interest of Justice [filed August 16, 2010; docket #101] is **denied**. The Plaintiff seeks to transfer this case to the Ninth Circuit Court of Appeals in San Francisco; however, appellate courts do not take matters at the initial trial stage (such as here), but only upon appeal from a lower court's judgment. There has been no final order and judgment in this case. Moreover, the Plaintiff has failed to indicate how this forum is inconvenient and to state whether a court in another district would have personal jurisdiction over the parties in this matter. *See Chrysler Credit Corp. v. Country Chrysler, Inc.*, 928 F.2d 1509, 1515-16 (10th Cir. 1991).