IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01690-PAB-MEH

GEORGE W. WALKER,

    Plaintiff,

v.

UNIVERSITY OF COLORADO BOARD OF REGENTS,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 1, 2010.**

    The Plaintiff's Motion to Remove 10-1397 and 09-cv-01690-PAB-MEH Out of the 10th Circuit/Colo. District, or Expedite it to the U.S. Supreme Court [filed September 29, 2010; docket #114] is **stricken** pursuant to D.C. Colo. LCivR 7.1H. This Court may not grant a request for relief addressed to a different court.