IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-01690-PAB-MEH

GEORGE W. WALKER,

      Plaintiff,

v.

UNIVERSITY OF COLORADO BOARD OF REGENTS,

      Defendant.

---

**ORDER**

---

This matter is before the Court on plaintiff's "Motion to Add Documents to the Document Filed on 1-14-2011" [Docket No. 135].  Plaintiff filed two documents on January 14, 2011, a Notice of Appeal [Docket No. 131] and a Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 [Docket No. 132].  The documents and assertions identified by plaintiff, however, do not appear to be directed at either of the January 14 filings.  Rather, plaintiff appears to be requesting that they be considered as part of the record on appeal.  Plaintiff has not, however, identified which materials will not otherwise be a part of the record transmitted on appeal.  If he believes that the record transmitted to the Tenth Circuit Court of Appeals requires correction or modification, he may file a motion complying with Federal Rule of Appellate Procedure 10(e) which specifically articulates the basis for correction or modification of the record.  Therefore, it is

      **ORDERED** that plaintiff's motion to add documents [Docket No. 135] is DENIED

without prejudice.


DATED February 4, 2011.

BY THE COURT:


s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge